1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov
8
   Attorneys for the United States

E-filing

FILED
2007 DEC 20 AM 9:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

07-70757 WDB

UNITED STATES OF AMERICA,           )  CRIMINAL NO.
                                    )
        Plaintiff,                  )
                                    )
                                    )  NOTICE OF PROCEEDINGS ON
                                    )  OUT-OF-DISTRICT CRIMINAL
   v.                               )  CHARGES PURSUANT TO RULES
                                    )  5(c)(2) AND (3) OF THE FEDERAL
JOHN EMANUEL FERRON,                )  RULES OF CRIMINAL PROCEDURE
   a/k/a Clyde Steele,               )
                                    )
        Defendant.                  )
                                    )

   Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on or about December 19, 2007, the above-named defendant was arrested

relating to Social Security number fraud, passport fraud, identity theft, and aggravated

identity theft charges. An arrest warrant (copy attached) was obtained and issued in case

number 3:07-CR-00142-JWS in the District of Alaksa, upon an

   ☒ Indictment

   ☐ Information

   ☐ Criminal Complaint

   ☐ Other (describe) _____

1    In that case, the defendant is charged in the attached indictment with the following
2 violations of federal criminal law:
3   a. Counts 1, 2, 5, 6, 9, and 10 charge defendant with falsely representing a Social
4      Security number to be his own on specific occasions between May 2005 and
5      November 2006, in violation of Title 42, United States Code, Section
6      408(a)(7)(B).
7   b. Count 3 charges defendant with making a false statement on or about August 23,
8      2005 in an application for a passport with the intent of obtaining a passport, in
9      violation of Title 18, United States Code, Section 1542.
10  c. Counts 4, 7, and 8 charge defendant with using the means of identification of
11     another person, without lawful authority and with the intent to commit unlawful
12     activities that constitute violations of federal law, on specific occasions between
13     January 2006 and October 2006, in violation of Title 18, United States Code,
14     Section 1028(a)(7).
15  d. Count 11 charges defendant with using the name, date of birth, and Social Security
16     number of an actual person, "Clyde A. Steele," between May 2005 and November
17     2006, during and in relation to the Social Security number fraud offenses charged
18     in Counts 1, 2, 5, 6, 9, and 10, in violation of Title 18, United States Code, Section
19     1028A(a)(1).
20    The following maximum penalties apply for each count of Counts 1, 2, 4, 5, 6, 7, 8, 9,
21 and 10: 5 years imprisonment, $250,000 fine, three years supervised release, and a $100
22 special assessment imprisonment.
23    The following maximum penalties apply for Count 3: 10 years imprisonment,
24 $250,000 fine, three years supervised release, and a $100 special assessment
25 imprisonment.
26    The following maximum penalties apply for Count 11: 2 years mandatory
27 imprisonment, to run consecutive to any term of imprisonment imposed for Counts 1, 2,
28 //

1  5, 6, 9, and 10: $250,000 fine; one year supervised release; and a $100 special
2  assessment.
3  Date: December 20, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

/s/ Andrew S. Huang

ANDREW S. HUANG
Assistant U.S. Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

JOHN EMANUEL FERRON aka Clyde Steele

\*\*\* S E C R E T \*\*\*

**WARRANT FOR ARREST**

CASE NUMBER: 3:07-CR-00142-JWS

**FILE COPY**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOHN EMANUEL FERRON and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Social Security Number Fraud (Cts 1-2, 5-6, 9-10), Passport Fraud (Ct 3), Identity Theft (Cts 4, 7-8), Aggravated Identity Theft (Ct 11)

in violation of Title 42 United States Code, Section(s) 408(a)(7)(B) and
Title 18 United Stated Code, Section(s) 1542, 1028(a)(7) and 1028A(a)(1)

Ida Romack
Name of Issuing Officer

by _[signature]_  Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ TO BE DETERMINED

Clerk of Court
Title of Issuing Officer

December 13, 2007 at Anchorage, AK
Date and Location

by Deborah M. Smith

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____

| DATE RECEIVED 12/14/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    John Emanual Ferron

ALIAS:    Clyde Steele

LAST KNOWN RESIDENCE:    Chehalis, Washington

LAST KNOWN EMPLOYMENT:    

PLACE OF BIRTH:    Jamaica

DATE OF BIRTH:    1/18/56

SOCIAL SECURITY NUMBER:    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

HEIGHT: 6'4"          WEIGHT: 210

SEX: M               RACE: Black

HAIR: Black          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:    926984K4

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:    Postal Service, 241 West Tudor Rd, Ste 208, Anchorage, AK 99503-6648

Case 4:07-mj-70757-WDB    Document 1    Filed 12/20/2007    Page 6 of 12
DEC-18-2007 11:16A FROM:LCSO                13607401476              TO:91510637636663553543  P.4

Case 3:07-cr-00142-JW    JDR *SEALED*    Document 2    Fil  12/13/2007    Page 1 of 7

NELSON P. COHEN
United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov
AK Bar # 8706044

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:07-cr-00142-JWS |
|---|---|
| Plaintiff, | ) |
| | ) COUNTS 1, 2, 5, 6, 9 & 10: |
| | ) SOCIAL SECURITY NUMBER |
| | ) FRAUD |
| v. | )    Vio. of 42 U.S.C. § 408(a)(7)(B) |
| | ) |
| | ) COUNT 3: |
| | ) PASSPORT FRAUD |
| JOHN EMANUEL FERRON, aka | )    Vio. of 18 U.S.C. § 1542 |
| Clyde Steele, | ) |
| | ) COUNTS 4, 7, & 8: |
| Defendant. | ) IDENTITY THEFT |
| | )    Vio. of 18 U.S.C. § 1028(a)(7) |
| | ) |
| | ) COUNT 11: |
| | ) AGGRAVATED IDENTITY THEFT |
| | )    Vio. of 18 U.S.C. § 1028A(a)(1) |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about May 13, 2005, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, for the purpose of obtaining for himself any payment or any other benefit to which he was not entitled, that is, State of Alaska Public Assistance benefits in the amount of approximately $3,110.00, with intent to deceive, did falsely represent social security account number xxx-xxx-5414 to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 2

On or about August 9, 2005, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, for the purpose of obtaining an Alaska Driver's License, and an Alaska Identification Card to which he was not entitled, with intent to deceive, did falsely represent social security account number xxx-xxx-5414 to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

Case 4:07-mj-70757-WDB  Document 1  Filed 12/20/2007  Page 8 of 12
DEC-18-2007 11:17A FROM:LCSO  13607401476  TO:9151063763663553543 P.6

Case 3:07-cr-00142-JW JDR *SEALED*  Document 2  Fil 12/13/2007  Page 3 of 7

## COUNT 3

On or about August 23, 2005, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, did willfully and knowingly make a false statement in an application for passport, to wit, using the name Clyde Steele and social security account number xxx-xxx-5414, with intent to induce or secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

All of which is in violation of Title 18, United States Code, Section 1542.

## COUNT 4

On or about January 7, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, using the name Clyde Steele, did knowingly transfer and use, without lawful authority, a means of identification of another person, to wit: Clyde Steele, with the intent to commit an unlawful activity that constitutes a violation of Federal law, to wit: Financial Institution Fraud, a violation of 18 United States Code, Section 1344(2). Specifically, JOHN EMANUEL FERRON, aka Clyde Steele attempted to use said means of identification for the purpose of obtaining a loan at Credit Union 1, in Anchorage, resulting in a loss of approximately $7,714.00, which transaction was in and affecting interstate commerce.

All of which is in violation of Title 18, United States Code, Section 1028(a)(7).

3

Case 4:07-mj-70757-WDB   Document 1   Filed 12/20/2007   Page 9 of 12
DEC-18-2007 11:17A FROM:LCSO         13607401476         TO:91510637636635553543 P.7

Case 3:07-cr-00142-JV   JDR *SEALED*   Document 2   F. 12/13/2007   Page 4 of 7

## COUNT 5

On or about March 22, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, for the purpose of obtaining for himself any payment or any other benefit to which he was not entitled, that is, an Alaska Permanent Fund Dividend payment, with intent to deceive, did falsely represent social security account number xxx-xxx-5414 to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 6

On or about September 20, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, for the purpose of obtaining a checking account at Wells Fargo Bank, in Homer, Alaska, with intent to deceive, did falsely represent social security account number xxx-xxx-5414 to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 7

On or about September 21, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, using the name Clyde Steele, did knowingly transfer and use, without lawful authority, a means of identification of another person, to wit: Clyde Steele, with the intent to commit an unlawful activity that constitutes a violation of Federal law, to wit: Wire Fraud, a violation of 18 United States Code, Section 1343. Specifically, JOHN EMANUEL FERRON, aka Clyde Steele attempted to use said means of identification for the purpose of obtaining two Wells Fargo Financial Bank credit cards, in Homer, Alaska, the use of which resulted in losses of approximately $4,035.16, and which transactions were in and affecting interstate commerce.

All of which is in violation of Title 18, United States Code, Section 1028(a)(7).

## COUNT 8

On or about October 4, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, using the name Clyde Steele, did knowingly transfer and use, without lawful authority, a means of identification of another person, to wit: Clyde Steele, with the intent to commit an unlawful activity that constitutes a violation of Federal law, to wit: Wire Fraud, a violation of 18 United States Code, Section 1343. Specifically, JOHN EMANUEL FERRON, aka Clyde Steele attempted to use said means of identification for the purpose of obtaining an American Express Green Rewards credit card, in Homer, Alaska, the use of which resulted in a loss of approximately $3,801.49, and which transaction was in and affecting interstate commerce.

All of which is in violation of Title 18, United States Code, Section 1028(a)(7).

5

Case 4:07-mj-70757-WDB    Document 1    Filed 12/20/2007    Page 11 of 12
DEC-18-2007 11:18A FROM:LCSO         13607401476          TO:9151063763663553543  P.9

Case 3:07-cr-00142-JW    JDR *SEALED*   Document 2    Fil   12/13/2007   Page 6 of 7

### COUNT 9

On or about October 4, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, for the purpose of obtaining a business loan at Business Loan Express in Panama City Beach, Florida, with intent to deceive, and resulting in a loss of approximately $24,000.00, did falsely represent social security account xxx-xx-5414 to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 10

On or about November 14, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, for the purpose of obtaining a savings account at Alaska USA Federal Credit Union, in Homer, Alaska, with intent to deceive, did falsely represent social security account number xxx-xxx-5414 to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 11

Between on or about May 13, 2005, and November 14, 2006, the defendant, JOHN EMANUEL FERRON, aka Clyde Steele, within the District of Alaska, during and in relation to the offenses of Social Security Number Fraud, as set out in Counts 1, 2, 5, 6

DEC-18-2007 11:18A FROM:LCSO Case 4:07-mj-70757-WDB Document 1 Filed 12/20/2007 Page 12 of 12
13607401476 TO:915106376366355543 P.10

Case 3:07-cr-00142-JW JDR *SEALED* Document 2 Fil 12/13/2007 Page 7 of 7

9 and 10 of the Indictment, did knowingly use, without lawful authority, a means of identification of another person, specifically the name "Clyde A. Steele", date of birth, and social security number of "Clyde A. Steele," an actual person.

All of which is in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

s/ Grand Jury Foreperson<br>
GRAND JURY FOREPERSON

s/ Crandon Randell
CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov
AK Bar # 8706044


s/ Nelson P. Cohen
NELSON P. COHEN
United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
e-mail: nelson.cohen@usdoj.gov


DATE: 12.11.07