| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 25 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>FTR 12/20/07 10:07:10-10:32:49 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>12/20/07 | NEW CASE<br>☐ | CASE NUMBER<br>4-07-70757-WDB |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>JOHN EMANUEL FERRON | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☐  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Andrew Huang | INTERPRETER<br>None | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Amy Berthelsen | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR ON RULE 5<br>25 Mins HELD | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS 12/20/07 | ☒ | ADVISED OF CHARGES 12/20/07 | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT | ☐ | DETAINED | ☐ RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO:<br>12/28/07 | | ☒ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT:<br>9:30 a.m. | | ☒ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON.<br>ELIZABETH D. LAPORTE | | ☒ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ | STATUS RE: IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The deft. was given a financial affidavit form by the Clerk. The govt's atty. informed the Court that a detainer has been lodged on the deft. by ICE (Immigration and Customs Enforcement). The govt's atty. provided the deft's atty. with a copy of deft's ICE detainer in open court. The govt's atty. said that the prosecutor assigned to the deft's case in the District of Alaska is not agreeable to a Rule 20 Transfer of the deft's Alaska case to this district.

cc: WDB's Stats, Lili Harrell (via e-mail); Pretrial                DOCUMENT NUMBER: