| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 2 Mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Ivy L. Garcia | | | REPORTER/FTR FTR: 1/4/08 10:02:00-10:04:55 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | DATE 1/4/08 | | NEW CASE ☐ | CASE NUMBER 4-07-70757-WDB | |
| **APPEARANCES** | | | | | | |
| DEFENDANT JOHN EMANUEL FERRON | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Andrew Huang | | INTERPRETER None | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Taifa Gaskins | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT 1 Min HELD | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER STATUS RE: |
| ☒ DETENTION HRG NOT HELD | ☒ ID/REMOV HRG 1 Min HELD | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☒ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 11 Counts | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| **PLEA** | | | | | | |
| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL 11 COUNTS | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | |
| TO: 1/8/08 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☒ DETENTION HEARING | | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

AFPD J. Leavitt said that the deft. filled out his fin. affidavit form & based on his affidavit, he qualifies for a court apptd. counsel. The Court didn't require the deft. to submit his fin. affidavit since the deft. is going back to the District of Alaska having the prosecutor in that district not being amenable to a Rule 20 transfer. The deft. would like the deft's atty. to talk to his daughter in order for the deft's atty. to make a proffer to the Court in rel. to his bail. The deft's atty. asked the Court for a continuance of the Detention Hrg. to 1/8/08 - request GRANTED. The deft. waived his Identity/Removal Hrg. in this district.
cc: WDB's Stats, Pretrial

DOCUMENT NUMBER: