AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER DISTRICT** |
| --- | --- |
| V. | |
| JOHN EMANUEL FERRON aka Clyde Steele | |

FILED JAN 10 – 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
| --- | --- | --- | --- |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70757-WDB | 3:07-CR-00142-JWS | 4-07-70757-WDB | 3:07-CR-00142-JWS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of Title 42 U.S.C. § 408(a)(7)(B) and Title 18, U.S.C. Sec. 1542, 1028(a)(7), and 1028A(a)(1)

**DISTRICT OF OFFENSE**
U.S. District Court, District of Alaska, Anchorage

**DESCRIPTION OF CHARGES:**

Social Security Number Fraud
Passport Fraud
Identity Theft
Aggravated Identity Theft

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On Jan. 4, 2008, the defendant waived his Identity/Removal Hearing in the District of Arrest. On Jan. 8, 2008, the defendant waived the timing of his Detention Hearing in the District of Arrest, reserving his rights to revisit the matter of detention de novo in District of Alaska, Anchorage.

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/10/08
Date

/s/ Wayne D. Brazil
United States ~~Judge or~~ Magistrate Judge   WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| --- | --- | --- |
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| --- | --- | --- |
| | | |

[handwritten margin notes: "cc: WDB's Stats, Pretrial"; "Copy to parties via ECF; 2 certified copies to Marshal"]

RECEIVED 2008 JAN 10 PM 3:41 NORTHERN DISTRICT OF CALIFORNIA - OAKLAND UNITED STATES MARSHAL