UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

January 11, 2008

General Court Number
510.637.3530

**FILED**
JAN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Office of the Clerk
U.S. District Court, District of Alaska
222 W. 7th Avenue, #4
Anchorage, AK 99513

| | |
|---|---|
| Case Name: | US-v-John Emanuel Ferron |
| Case Number: | 4-07-70757-WDB    District of Alaska #3:07-CR-00142-JWS |
| Charges: | 42:408(a)(7)(B), 18:1542, 18:1028(a)(7), 18:1028A(a)(1) |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

3:07-Cr-00142-JWS

Date: 1/14/07

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk